UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: DHESI, RUPINDER

Case No.: 16-29491
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __12/20/16__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
7 Helen Ct.
Monroe Twp., NJ
Value: $825,000.00

Liens on property:    Bank of America - $981,744.00

Amount of equity claimed as exempt:    -0-

Objections must be served on, and requests for additional information directed to:

Name:    Barry R. Sharer, Trustee
Address:    1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.:    856-435-3200

rev.8/1/15

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 16-29421-KCF
Rupinder K Dhesi                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Nov 15, 2016
                              Form ID: pdf905        Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
db             +Rupinder K Dhesi,    7 Helen Ct.,   Monroe Township, NJ 08831-3551
516441036      +Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516441037      +Bank of New York Mellon,    C/O Law Office Parker McCay Brian E Cain,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
516480156      +Discover Bank      $15,359.00,   C/O Pressler & Pressler, LLP,   7 Entin Rd.,
                 Parsippany, NJ 07054-5020
516441038      +Real time Resolutions,    PO Box 1259,   Oaks, PA 19456-1259
516441039      +Shellpoint Mortgage Servicing,    PO Box 7050,   Troy, MI 48007-7050
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2016 23:01:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2016 23:01:45     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Rupinder K Dhesi rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                              TOTAL: 4
```